**SO ORDERED.**
**SIGNED this 12th day of July, 2013**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Richard Stair Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE:   Patricia Ann Pryse | NO: 11-33209 |
| | Chapter 13 |

### AGREED ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS

This matter came upon the Motion to Dismiss filed by the Chapter 13 Trustee.

Debtor(s) shall continue plan payments in the amount of $117.00 bi-weekly to be paid by wage assignment from debtor's wages at Sodexo, Inc. and Affiliated Co., SDH Services East, LLC, Attn: payroll dept., 9801 Washingtoniam Blvd., Gaithersburg, MD 20878.

The Trustee shall tender an appropriate amended wage order

In the event that the Debtor(s) fail to make a Chapter 13 plan payment, upon certification of such failure by the Chapter 13 Trustee, the debtor(s) Chapter 13 may be dismissed without further notice or hearing.

All future tax refund/credits shall be paid into the plan.

Accordingly, this Order is dispositive of the Trustee's Motion to Dismiss.

### # # #

APPROVED FOR ENTRY:

/s/ Cynthia T. Lawson
Cynthia T. Lawson, #018397
Bond, Botes & Lawson, P.C.
Attorney for Debtor(s)
6704 Watermour Way
Knoxville, TN 37912
(865) 938-0733

_____
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN 37901
(865) 524-4995