

**SO ORDERED.**
SIGNED this 29th day of October, 2013

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Richard Stair Jr.
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | **PARTICIA ANN PRYSE**<br>**226 HUBBARD CIRCLE**<br>**CLINTON, TN  37716** | **#11-33209** |
| | SS#: xxx-xx- 0921 | **Chapter 13** |
| TO: | SODEXO, \INC., & AFFILIATED CO., SDH SVVC.,<br>9801 WASHINGTON BOULEVARD<br>GAITHERSBURG, MD 20878 | **Attn: Payroll Department** |

**ORDER VACATING ORDER FOR DEDUCTIONS FROM DEBTOR'S WAGES**

For administration purposes, it is hereby **ORDERED** that the wage order issued to the above employer on or about 8/15/13 is hereby **VACATED** and the employer shall not remit any further funds from the debtor's wages to the Chapter 13 Trustee Office.

# # #

**APPROVED FOR ENTRY**:

/s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P.O. Box 228
Knoxville, TN  37901
(865) 524-4995

cc:    Attorney for Debtor(s)
       Employer